IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BRENDA S.,                                            No. 6:17-cv-00393-JE

               Plaintiff,                         ORDER

      v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

HERNÁNDEZ, District Judge:

       Magistrate Judge Jelderks issued a Findings and Recommendation [28] on June 24, 2019, in which he recommends that the Court reverse the decision of the Commissioner and remand this case for an award of benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings and Recommendation [28]. Accordingly, the decision of the Commissioner is REVERSED, and this case is REMANDED for an award of benefits.

IT IS SO ORDERED.

DATED this \_\_1\_\_ day of \_\_\_Sept\_\_\_, 2019

_____
MARCO A. HERNÁNDEZ
United States District Judge